UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE – COURTROOM 3B

**Case #:** 3:26-CR-136 **Date:** September 23, 2026

United States of America **vs.** David Kerr

**Present before:** Honorable Debra C. Poplin, United States Magistrate Judge

| | | |
|---|---|---|
| Madison McCroskey | DCR | Alex Heaton |
| **Deputy Clerk** | **Court Reporter** | **Law Clerk** |
| David Lewen | Loretta Smith | Nakeisha Jackson |
| **Asst. U.S. Atty** | **U.S. Probation Officer** | **Attorney(s) for Defendant(s)** |

**Proceedings:** Parties present for a ☐ preliminary hearing ☑ detention hearing. Hearing held.

☐ Defendant sworn.
☐ Parties agreed to conditions of release.
☑ Government requested detention of the defendant and arguments heard.
☑ Exhibits marked and admitted.
☐ Witnesses sworn and testimony heard.

**Court Findings:**

☐ Court found that there are conditions on which the defendant could be released pending further proceedings. Defendant agreed to conditions. Order Setting conditions of release to enter.
☐ Court found that there are no conditions on which the defendant can be released at this time and remanded the defendant to custody pending further proceedings.
☐ Court set an additional hearing and remanded the defendant to custody pending that hearing.
☑ Court took matter under advisement. Order to enter.

**Dates set at this hearing:**

☐ **Hearing to continue:**
☐ **Other Hearing:**

☑ Defendant remanded to custody. ☐ Defendant released on Order Setting Conditions of Release.

**Time:** 10:30 a.m. **to** 11:30 a.m.

◉ I, Madison McCroskey, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
Knox-DCR_ 326cr136 _ 20260923_ 101255