# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

United States of America

V.

David Kerr

## EXHIBIT AND WITNESS LIST

Case Number: 3:26-CR-136

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Debra C. Poplin | David Lewen | Nakeisha Jackson |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/23/2026 | DCR | Madison McCroskey |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/23/2026 | X | X | Defendant's Bluesky post from June 4, 2025 |
| 2 | | 9/23/2026 | X | X | Defendant's Bluesky response from October 7, 2025 |
| 3 | | 9/23/2026 | X | X | Defendant's Bluesky response from July 11, 2025 |
| 4 | | 9/23/2026 | X | X | Defendant's Bluesky post from October 7, 2025 |
| 5 | | 9/23/2026 | X | X | Defendant's Bluesky post from October 8, 2025 |
| 6 | | 9/23/2026 | X | X | Defendant's Facebook post from 8/21/2026 |
| | 7 | 9/23/2026 | X | X | Pretrial Services Report |
| | 8 | 9/3/2026 | X | X | Proposed Pretrial Release Conditions |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.